United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 24, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-60514
Summary Calendar

MINERVA DELGADO-CASTANEDA,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A78 942 304
--------------------

Before REAVLEY, JOLLY, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Minerva Delgado-Castaneda petitions this court for review of
the Board of Immigration Appeals's (BIA's) denial of cancellation
of removal. Delgado-Castaneda argues that the BIA erred when it
determined that her 1993 voluntary departure from this country
following a visit to Mexico interrupted her ten years continuous
physical presence in the United States.

The Respondent has filed a motion for a summary disposition.

This court has jurisdiction to review the BIA's order. See
Mireles-Valdez v. Ashcroft, 349 F.3d 213, 217 (5th Cir. 2003).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

To be eligible for a discretionary cancellation of removal, an alien must satisfy four requirements, one of which is 10 years of continuous physical presence in the United States.  <u>See</u> 8 U.S.C. § 1229b(b)(1)(A); <u>Mireles-Valdez</u>, 349 F.3d at 214-15.  Delgado's voluntary departure from the United States at the border in 1993 interrupted her continuous presence.  <u>See</u> <u>Mireles-Valdez</u>, 349 F.3d at 217-19.

The Respondent's motion for summary disposition is GRANTED, and the petition for review is DENIED.